UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61951-CIV-MORENO/SIMONTON

NORMA E. WALSH,

    Plaintiff,

v.

JON B. SAGE, P.A. d/b/a SAGE LAW OFFICES,

    Defendant.
_____/

### ORDER GRANTING, IN PART, DEFENDANT'S SECOND MOTION TO COMPEL

Presently before the Court is Defendant's Second Motion To Compel Compliance with Court Ordered Discovery, and for Sanctions (DE # 62). The Honorable Federico A. Moreno, United States District Judge, has referred all pretrial proceedings in this case to the undersigned Magistrate Judge (DE # 83).

Defendant seeks to compel Plaintiff to comply with previous orders entered by the Court and produce "debt collection dunning letters, Plaintiff's telephone bills and canceled check in payment of the debt, and her retainer agreement with Plaintiff's counsel" (DE # 62). In addition, Defendant seeks an award of attorney's fees incurred in making this motion.

Plaintiff opposes this motion, and seeks to argue the propriety of the requests, despite her failure to oppose two prior discovery motions seeking these documents, which resulted in two Court Orders compelling production (DE # 78). Moreover, until filing the instant response, Plaintiff never sought relief from those Court Orders.

With respect to the debt collection dunning letters in her attorney's possession, Plaintiff now disclaims reliance on any such letters, and states that she will not use them at trial in this case. Plaintiff also states that she does not have custody or control over these letters. Based upon this response, Plaintiff will not be required to produce debt collection

dunning letters.

With respect to the telephone bills and the canceled check, these documents were specifically sought in the prior Motion to Compel compliance with the Court's Order (DE # 42 at 2-3); which was not responded to by Plaintiff and which was granted by the Court (DE # 52). At that time, the Court declined to award sanctions. Plaintiff cannot now argue for the first time that production should not be required. Moreover, the undersigned rejects Plaintiff's argument that these documents are not within the scope of the Request to Produce which formed the basis for the Court's initial order. Request # 12 sought all correspondence from Plaintiff to Broward General Medical Center, which would include the check sent in payment of services; and request # 17 sought all documents reflecting Plaintiff's communications with Sage (DE # 25, Attachment). To the extent there was any confusion, it was clarified by the Court's Order granting the prior Motions to Compel.

Finally, with respect to Plaintiff's Fee Agreement with her counsel, Plaintiff has waived any privilege which may exist. Again, this was specifically the subject of the prior Motion to Compel, as to which no opposition was filed. It is too late for Plaintiff to argue her privilege objections at this stage of the litigation.

Pursuant to Rule 37(a)(4), the undersigned has determined that it is appropriate to award reasonable expenses incurred by Defendant in making this motion. In reaching this result, the undersigned notes that this is the second motion to compel compliance with the Court's order, and that only after this motion was made did Plaintiff change her position with respect to the use of debt collection dunning letters. However, a determination of the amount of the award will be deferred until the conclusion of this case. Defendant may file an appropriately documented Motion to Determine Amount of Sanction within thirty days from the entry of judgment in this case, after consulting with opposing counsel.

Therefore, after a careful review of the record, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Second Motion To Compel Compliance with Court Ordered Discovery, and for Sanctions (DE # 62) is **GRANTED IN PART, AND DENIED IN PART**, as set forth in the body of this Order. All discovery must be produced on or before December 29, 2006.

**DONE AND ORDERED** at Miami, Florida, this 22nd day of December, 2006.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable Federico A. Moreno, United States District Judge
Donald A. Yarborough, Esq. (Counsel for Plaintiff)
Steven D. Ginsburg, Esq. (Counsel for Defendant)